# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA J. SANTIAGO,<br><br>     Plaintiff,<br><br>v.<br><br>PROCOLLECT, INC.,<br><br>     Defendant. | Case No. 1:20-cv-00232-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>SIXTY DAY DEADLINE |

On April 24, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. In the notice of settlement, the parties request that the Court retain jurisdiction to enforce the settlement agreement. The Court shall retain jurisdiction to enforce the settlement until this matter is dismissed.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **April 27, 2020**

UNITED STATES MAGISTRATE JUDGE

1